**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) **Criminal No. 04-379-6 (RCL)** |
| **ALVIN M. GASKINS,** | ) |
| | ) **FILED** |
| **Defendant.** | ) |
| | ) MAY – 1 2012 |

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**ORDER**

Pursuant to the order [1134] of April 30, 2012, by the United States Court of Appeals for

the District of Columbia Circuit, a judgment of acquittal is hereby entered.

**SO ORDERED** this _1st_ day of May 2012.


ROYCE C. LAMBERTH
Chief Judge
United States District Court