AO 245A  (Rev 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

For The _____ DISTRICT OF _____ Columbia (Washington, DC)

UNITED STATES OF AMERICA

V.

ALVIN M. GASKINS

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 04-cr-00379-RCL-6

**FILED**

**MAY - 1 2012**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Royce C. Lamberth     USDC Chief Judge
Name of Judge        Title of Judge

5/1/12
Date